**United States Bankruptcy Court**
**District of Maryland**

IN RE:                                                                                          Case No. **09-20432**

**Lemon, Renea Latoya**                                                                         Chapter **13**
                              Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **June 9, 2009**            Signature: ***/s/ Renea Latoya Lemon***
                                              **Renea Latoya Lemon**                                              Debtor

Date: _____              Signature: _____
                                                                                                 Joint Debtor, if any

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
AFNI, Inc.
P.O. Box 3427
Bloomington, IL  61702-3427


AFNI, Inc.
404 Brock Drive
P.O. Box 3097
Bloomington, IL  61702


Arrow Financial  Services
5996 W. Touhy Avenue
Niles, IL  60714


Arrow Financial  Services
21031 Network Place
Chicago, IL  60678


Aspire
P.O. Box 105555
Atlanta, GA  30348


Aspire Visa
P.O. Box 105374
Atlanta, GA  30348


Baltimore Gas & Electric Co.
P.O. Box 13070
Philadelphia, PA  19101


Bogman, Inc.
12301 Old Columbia Pike, Ste. 200
Silver Spring, MD  20904
```

```
Bureaus Investment Group
The Bureaus
1717 Central Street
Evanston, IL  60204


Capital One Auto Finance
P.O. Box 93016
Long Beach, CA  90809-3016


Capital One Auto Finance
3905 North Dallas Parkway
Plano, TX  75093


Capital One Bank
P.O. Box 71083
Charlotte, NC  28272


Capital One Bank
P.O. Box 30281
Salt Lake City, UT  84130


Chesapeake Finance, LLC
6759 Holabird Avenue, Suite A
Dundalk, MD  21222


City Of Baltimore
Parking Fine Section
200 Holiday Street
Baltimore, MD  21202


Comcast Cable
P.O. Box 3006
Southeastern, PA  19398
```

CorTrust Bank
P.O. Box 5431
Sioux Falls, SD   57117


Cortrust Bank
500 E. 60th Street N
Sioux Falls, SD   57104


Credit Protection Assoc.
13355 Noel Road
Dallas, TX   75240


Direct Loan Svc System
P.O. Box 5609
Greenville, TX   75403


Direct Merchants Bank
P. O. Box 105278
Atlanta, GA   30348-5278


Direct Merchants Bank
P. O. Box 29468
Phoenix, AZ   85038


EMC Emergency Physicians
P.O. Box   7206
Philadelphia, PA   19101


First Premier Bank
P.O. Box   5524
Sioux Falls, SD   57117


First Premier Bank
3820 N. Louise Avenue
Sioux Falls, SD   57107

```
Household Credit Services
HSBC Bank
P.O. Box 98706
Las Vegas, NV  89193-8706


HSBC  Card Services
P.O. Box 5253
Carol Stream, IL  60197


HSBC Bank
P.O. Box 5253
Carol Stream, IL  60197


Imagine Card
P.O. Box 105555
Atlanta, GA  30348


Imagine Card
P.O. Box 790193
St. Louis, MO  63179


Isner's Auto Sales, Inc.
4213 North Point Boulevard
Dundalk, MD  21222


Jefferson Capital System
16 McLeland Road
St. Cloud, MN  56303


Jefferson Capital Systems, LLC
P.O. Box 23051
Columbus, GA  31902-3051
```

```
Johns Hopkins Bayview Medical Center
Patient Accounts
5300 Alpha Commons, Suite 105
Baltimore, MD  21224


Johns Hopkins Bayview Medical Center
P.O. Box 537118
Atlanta, GA  30353


Linebarger Goggan Blair  & Sampson, LLP
300 E. Lombard Street, Suite 1150
Baltimore, MD  21202


Linebarger Goggan Blair & Sampson, LLP
300 E. Lombard Street, Suite 1150
Baltimore, MD  21202


Mann Bracken, LLC
Two Irvington Centre, 702 King Farm Blvd
Rockville, MD  20850


Midland Credit Management, Inc.
Department 8870
Los Angeles, CA  90084-8870


Midland Credit Management, Inc.
P.O. Box 1259
Oaks, PA  19456


Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA  92123


Midland Funding, LLC
8875 Aero Drive
San Diego, CA  92123
```

```
Motor Vehicle Administration
6601 Ritchie Highway NE
Glen Burnie, MD   21062


NCO Financial
507 Prudential Road
Horsham, PA   19044


Orchard Bank
P.O. Box 5253
Carol Stream, IL   60197


Pentagroup Financial, LLC
P.O. Box 742209
Houston, TX   77274


Pentagroup Financial, LLC
3065 Union Road
Orchard Park, NY   14127


Pentagroup Financial, LLC
5959 Corporate Drive, Suite 1400
Houston, TX   77036


Peroutka & Peroutka, PA
8028 Ritchie Highway, Suite 300
Pasadena, MD   21122


Riddle & Wood, PC
P.O. Box 1187
Sandy, UT   84091


Salute Credit
P.O. Box 11802
Newark, NJ   07101
```

Salute Visa Gold
P.O. Box 105341
Atlanta, GA   30348


Sprint
P.O. Box 541023
Los Angelos, CA   90054


Sprint   PCS
P.O. Box 660075
Dallas, TX   75266-0075


State Collection Service, Inc.
2509 S. Stoughton Road
Madison, WI   53716


State Collection Service, Inc.
P.O. Box 6250
Madison, WI   53716-0250


Synergetic Communication, Inc.
1301 E. 3rd Avenue, Suite 200
Post Falls, ID   83854


United First Federal Financial Corp.
P.O. Box 80016
Indianapolis, IN   46280-0016


Van Ru Credit Corporation
8550 Ulmerton Road, Suite 225
Largo, FL   33771


Van Ru Credit Corporation
P.O. Box 658
Park Ridge, IL   60068